UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
OFFICE OF THE CLERK
U.S. COURTHOUSE, SUITE 202
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

OFFICIAL BUSINESS

RECEIVED
BY MAIL
NOV 15 2006
CLERK US DIST COURT
MINNEAPOLIS MN

US POSTAGE
$ 00.39
FIRST CLASS
Mailed From 55415
11/01/2006
031A 0002303240

NIXIE 551 1 00 11/14/06

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 55415229752 *0278-06906-01-42

## Notices

0:01-cv-00147-ADM-SRN Niemeyer v. 3M Company, et al **CASE CLOSED on 01/24/2002**

**U.S. District Court**

**District of Minnesota**

Notice of Electronic Filing

The following transaction was received on 11/1/2006 at 2:59 PM CST and filed on 11/1/2006
**Case Name:** Niemeyer v. 3M Company, et al
**Case Number:** 0:01-cv-147
**Filer:**
**WARNING: CASE CLOSED on 01/24/2002**
**Document Number:** 15

**Docket Text:**
NOTICE of Intent to Destroy Documents Under Seal. (kt)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=11/1/2006] [FileNumber=1189467-0
] [b4cbc14ca5429aac51e7738d2f76b87e265b67158eb2754deb8f35a90f1f833ea6f
9ca52047beb867f75281f94017c8b857631c4911a20e277fbfa41794fc831]]

**0:01-cv-147 Notice will be electronically mailed to:**

**0:01-cv-147 Notice will be delivered by other means to:**

Trenton Niemeyer
3396 Yankee Doodle Ln #302
Eagan, MN 55121

**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Trenton Niemeyer,

Plaintiff,

v. 01cv147 ADM/SRN

3M Company, et al,

Defendant.

**NOTICE OF INTENT TO DESTROY DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 79.1(d), any party who introduces any model, diagram, exhibit, or document subject to a protective or confidentiality order must remove the same "within four months after the case is finally decided," or if there is an appeal, "within 30 days after the filing and recording of the mandate of the Appellate Court finally disposing of the cause." According to our records, that deadline has now passed in the above-entitled action. Therefore, you are hereby notified, pursuant to Local Rule 79.1(e), that ANY MODEL, DIAGRAM, EXHIBIT, OR DOCUMENT SUBJECT TO PROTECTIVE OR CONFIDENTIALITY ORDER THAT HAS NOT BEEN RETRIEVED FROM THE CLERK OF COURT WITHIN THIRTY (30) DAYS AFTER THE DATE OF THIS NOTICE MAY, AT ANY TIME THEREAFTER AND WITHOUT FURTHER NOTICE, BE DESTROYED OR OTHERWISE DISPOSED OF BY THE CLERK. If you intend to retrieve any model, diagram, exhibit, or document subject to protective or confidentiality order that you previously submitted in this action, contact Deborah Bell in the office of the Clerk of U.S. District Court at 612 664 5041.

RICHARD D. SLETTEN, CLERK

DATED: October 5, 2006

BY: s/Gertie Simon
Calendar Clerk to
Hon. Judge Ann D. Montgomery